UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
17 MAR 10 PM 2:3*
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNNY KLIANA SOMO,<br><br>    Defendant. | Case No.: 14CR1765-BAS<br><br>~~PROPOSE~~D ORDER TO DISMISS THE INDICTMENT |

Upon application of the United States and good cause appearing therefore,

IT HEREBY IS ORDERED that as a result of successful completion of the Diversion Program, that the Court dismisses with prejudice, the Indictment in the above-entitled case.

DATED: March 9, 2017

_____
HONORABLE BARBARA LYNN MAJOR
UNITED STATES DISTRICT COURT JUDGE